IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
BRYANT COPELAND,            )
                            )
     Plaintiff,             )
                            )      CIVIL ACTION NO.
     v.                     )         1:14cv223-MHT
                            )            (WO)
ARMY FLEET SUPPORT,         )
                            )
     Defendant.             )
```

## OPINION

Plaintiff filed this lawsuit asserting that defendant, his former employer, disciplined and subsequently terminated him on the basis of race and in retaliation for his complaints to supervisors about racial discrimination, and subjected him to a hostile-work environment on the basis of race. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendant's motion for summary judgment should be granted. There are no objections to the recommendation. After an

independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 26th day of May 2015.

                     /s/ Myron H. Thompson
                    **UNITED STATES DISTRICT JUDGE**