IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
BRYANT COPELAND,              )
                              )
    Plaintiff,                )
                              )        CIVIL ACTION NO.
    v.                        )          1:14cv223-MHT
                              )               (WO)
ARMY FLEET SUPPORT,           )
                              )
    Defendant.                )
```

### JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 43) is adopted.

(2) Defendant's motion for summary judgment (doc no. 34) is granted.

(3) Judgment is entered in favor of defendant and against plaintiff, with plaintiff taking nothing by his complaint.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 26th day of May 2015.

                 /s/ Myron H. Thompson
                 **UNITED STATES DISTRICT JUDGE**